UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MANUEL ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>ROBERT H. TRIMBLE, Acting Warden,<br><br>Respondent. | No. 2:11-cv-1593 JAM GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 27, 2013 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

/////

1

1   For the reasons set forth in the magistrate judge's March 11, 2013 findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
    DATED:   September 4, 2013
5
6                                                        /s/ John A. Mendez_____
                                                         UNITED STATES DISTRICT COURT JUDGE